UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVATINA GW SP Z O.O, <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN DEFENDANTS, <br><br> Defendants. | CASE NO. C25-0380JLR <br><br> ORDER |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

1  *Id.* Here, Plaintiff filed its complaint on March 3, 2025, and the 90-day timeframe set
2  forth in Rule 4(m) expired on June 1, 2025.  Plaintiff, however, has failed to identify any
3  of the Unknown Defendants or serve any of the Defendants with a summons and a copy
4  of its complaint within the timeframe provided in Rule 4(m).  (*See* Compl. (Dkt. # 1); *see*
5  *generally* Dkt.)

6        Accordingly, the court ORDERS Plaintiff to SHOW CAUSE within ten (10) days
7  of the date of this order why this action should not be dismissed for failure to comply
8  with Rule 4(m).  If Plaintiff does not demonstrate good cause for the failure, the court
9  will dismiss the action without prejudice.

10       Dated this 18th day of June, 2025.

                                              JAMES L. ROBART
                                              United States District Judge

ORDER - 2