UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVATINA GW SP Z O.O., | CASE NO. C25-0380JLR |
| Plaintiff, | ORDER |
| v. | |
| UNKNOWN DEFENDANTS, | |
| Defendants. | |

Before the court is Plaintiff Cavatina GW SP Z O.O.'s ("Cavatina") response to the court's June 18, 2025 order directing Cavatina to show cause why this action should not be dismissed for failure to comply with the service deadline set forth in Federal Rule of Civil Procedure 4(m). (OSC (Dkt. # 7); OSC Resp. (Dkt. # 8).) Rule 4(m) provides that if a plaintiff shows good cause for its failure to serve a defendant within 90 days after the complaint is filed, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Having reviewed Cavatina's response to the order to show cause, the court finds good cause and EXTENDS the deadline for Cavatina to serve

ORDER - 1

Defendants by 90 days. Cavatina shall file either proof of service on Defendants or a status report regarding service by no later than **September 22, 2025**.

Dated this 23rd day of June, 2025.

JAMES L. ROBART
United States District Judge