UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

CAVATINA GW SP. Z O.O.,

Plaintiff,

vs.

R. CRAWFORD LLC, REGGINALD CRAWFORD, ISAIAH CRAWFORD, ISAIAH CRAWFORD LLC & Unknown Defendant(s),

Defendants.

Case No. 2:25-cv-00380 JLR

~~Proposed~~
**Order for Leave to File Over-Length Brief (LR 7(f))**

## I.    Basis

Pursuant to LR 7(f), Plaintiff has moved the Court for leave to file Plaintiff's Brief in Support of Motion for Default.

## II. Findings

Said Motion and Brief is approximately **3900** words (including Exhibits and 202 words excluding exhibits and excluding captions and signature blocks), exceeding the 2,100-word limit set forth in LCR 7(e)(1). The length of Plaintiff's Brief in Support of Motion for Default reflects the detailed factual background necessary to demonstrate entitlement to judgment and the need to address all Eitel factors for the eight claims asserted against both Defendants.

Order for Leave to File Overlength Brief **- 1**

**LAW OFFICE OF MARK KNAPP PLLC**
PO Box 914
Liberty Lake WA 99019
253-202-2081
mark@firearmslawyer.net

## III.    Order

**Wherefore** the Court hereby grants leave to file a brief in support of its

Motion for Default Judgment of no more than ___3900___ words, exclusive

of captions and signature blocks.

Dated this ___20 **th** day of January, 2026.

_____

Judge James L. Robart

Submitted by:

/s/ *Mark S. Knapp*
Mark S. Knapp, Attorney
WSBA 19228

Order for Leave to File Overlength Brief **- 2**

**LAW OFFICE OF MARK KNAPP PLLC**
PO Box 914
Liberty Lake WA 99019
253-202-2081
mark@firearmslawyer.net